COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     832 Yale St. LLC., and Terry Fisher v. Stallion Texas Real Estate
                         Fund, LLC.

Appellate case number:   01-19-00320-CV

Trial court case number: 1129141

Trial court:             County Civil Court at Law No. 4 of Harris County

Appellants filed motions for temporary relief and for emergency review of the trial court's supersedeas bond. On May 1, 2019, this Court granted the motion for temporary relief and ordered the supersedeas order stayed pending review by the trial court.

The trial court held a hearing and issued findings of fact, finding that appellants had not established that the amount of the supersedeas bond would cause appellants to suffer substantial economic harm. *See* TEX. R. APP. P. 24.2(b).

Because the review of the amount of the supersedeas bond is now complete and the trial court determined that appellants had not met their burden of showing that the supersedeas amount was excessive, we **lift** the stay of the supersedeas order.

It is so ORDERED.

Judge's signature: _____/s/ Peter Kelly_____
                   ☑ Acting individually     ☐ Acting for the Court

Date: __December 3, 2019__